IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC LENTZ,  Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 11-1106 ) |
| MELVIN S. LOCKETT, ET AL.,  Defendants. | ) ) ) |

ORDER

Plaintiff Eric Lentz has appealed the non-dispositive order, dated September 1, 2011, entered by Chief United States Magistrate Judge Lisa Pupo Lenihan [document #7]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 16 day of September, 2011, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Chief Magistrate Judge for further proceedings.

BY THE COURT:

_____, C.J.

cc: The Honorable Lisa Pupo Lenihan,
    Chief United States Magistrate Judge

    All parties of record