IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC LENTZ, | ) | |
| | ) | Civil Action No. 11 - 1106 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| MELVIN S. LOCKETT, *et al.*, | ) | |
| | ) | ECF Nos. 84, 86, 89, 92 |
| Defendants. | ) | |

**ORDER**

**AND NOW**, this 27th day of December, 2012;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Dr. Rueda and Dr. Suvorov (ECF No. 84) is **GRANTED** on the grounds addressed in this Court's Memorandum Opinion dated December 27, 2012 (ECF No. 110).

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Defendants Lockett, Harlow, Thompson, Mahlmeister, Aubal, Boal, Quimby, Edwards, Steinberg, Zetwo, Varner, Bish, and Fronk (ECF No. 86) is **GRANTED** on the grounds addressed in this Court's Memorandum Opinion dated December 27, 2012 (ECF No. 110).

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Defendant Steele (ECF No. 89) is **GRANTED** on the grounds addressed in this Court's Memorandum Opinion dated December 27, 2012 (ECF No. 110).

**IT IS FURHTER ORDERED** that the Motion to Dismiss filed by Defendants Dr. Morgan, PA Hornman, and PA Goosenell (ECF No. 92) is **GRANTED** on the grounds addressed in this Court's Memorandum Opinion dated December 27, 2012 (ECF No. 110).

**IT IS FURTHER ORDERED** that Plaintiff is not permitted to further amend his complaint as granting him leave to do so would be futile.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Eric Lentz
Just for Jesus Homeless Outreach
14530 Route 28
Brockway, PA  15824
*Via U.S. Postal Mail*

Counsel of Record
*Via ECF Electronic Mail*